UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| JERALD FRIEDMAN, Individually and on Behalf of All Others Similarly Situated,<br><br>                Plaintiff,<br><br>  vs.<br><br>AARP, INC., AARP SERVICES INC., AARP INSURANCE PLAN, UNITEDHEALTH GROUP, INC. and UNITEDHEALTHCARE INSURANCE COMPANY,<br><br>                Defendants. | Case No. 2:14-cv-00034-DDP-PLAx<br><br>CLASS ACTION<br><br>ORDER GRANTING STIPULATED PROTECTIVE ORDER |

1  **IT IS HEREBY ORDERED,** upon review of the Stipulated Protective Order filed
2  in the above-captioned matter on May 30, 2018, and for good cause shown, that the
3  Stipulated Protective Order is GRANTED.

5  IT IS SO ORDERED.

7  DATED: May 30, 2018

   */s/ Paul L. Abrams*
   _____
   Hon. Paul L. Abrams
   United States Magistrate Judge