# EXHIBIT J

UNITEDHEALTHCARE INSURANCE COMPANY
AARP MEDICARE SUPPLEMENT PORTFOLIO

**MASS-MEDIA**
**RATE SCHEDULE**
(Page 1 of 16)

FOR

**CALIFORNIA**

GROUP POLICY NUMBER G-36000-4
FORM NUMBERS
MDA 0001, MDB 0002, MDC 0003, MDF 0004, MDK 0005, MDL 0006, MDN 0007

|  | Rate Prior to Application | **Proposed 2010 Non-Tobacco Base Rates** | | | |
|---|---|---|---|---|---|
| Plan | of Area Factors | Area 1 | Area 2 | Area 3 | Area 4 |
| A | $117.50 | $134.00 | $117.50 | $108.00 | $97.50 |
| B | $161.75 | $184.50 | $161.75 | $148.75 | $134.25 |
| C | $187.50 | $213.75 | $187.50 | $172.50 | $155.75 |
| F | $188.50 | $215.00 | $188.50 | $173.50 | $156.50 |
| K | $80.50 | $91.75 | $80.50 | $74.00 | $66.75 |
| L | $114.50 | $130.50 | $114.50 | $105.25 | $95.00 |
| N | $135.25 | $154.25 | $135.25 | $124.50 | $112.25 |
| Area Factor | | 1.14 | 1.00 | 0.92 | 0.83 |

*\* Discounts available for Multi-Insured, Electronic Funds Transfer, Annual Pay, and Early Enrollment.*
*The Base Rate charged to insureds = Rate Prior to Application of Area Factors \* Area Factor*

UNITEDHEALTHCARE INSURANCE COMPANY
AARP MEDICARE SUPPLEMENT PORTFOLIO

**MASS-MEDIA**
**RATE SCHEDULE**
(Page 1 of 8)

FOR

**CALIFORNIA**

GROUP POLICY NUMBER G-36000-4
FORM NUMBERS
MDA 0720 - MDN 0726, MDA 0611 - MDN 0617

**Proposed 2011 Non-Tobacco Base Rates**

| | A | B | C | F | K | L | N | Area Factor |
|---|---|---|---|---|---|---|---|---|
| Rate Priorto Application of Area Factors | $126.25 | $169.00 | $197.50 | $198.50 | $80.50 | $117.25 | $131.75 | |
| 2010 Monthly Base Rate | $117.50 | $161.75 | $187.50 | $188.50 | $80.50 | $114.50 | $135.25 | |
| Difference (%) | 7.4% | 4.5% | 5.3% | 5.3% | 0.0% | 2.4% | -2.6% | |
| | | | | | | | | |
| 2011 Area 1 | $144.00 | $192.75 | $225.25 | $226.25 | $91.75 | $133.75 | $150.25 | 1.14 |
| 2010 Area 1 | $134.00 | $184.50 | $213.75 | $215.00 | $91.75 | $130.50 | $154.25 | 1.14 |
| Difference (%) | 7.5% | 4.5% | 5.4% | 5.2% | 0.0% | 2.5% | -2.6% | |
| | | | | | | | | |
| 2011 Area 2 | $126.25 | $169.00 | $197.50 | $198.50 | $80.50 | $117.25 | $131.75 | 1.00 |
| 2010 Area 2 | $117.50 | $161.75 | $187.50 | $188.50 | $80.50 | $114.50 | $135.25 | 1.00 |
| Difference (%) | 7.4% | 4.5% | 5.3% | 5.3% | 0.0% | 2.4% | -2.6% | |
| | | | | | | | | |
| 2011 Area 3 | $116.25 | $155.50 | $181.75 | $182.50 | $74.00 | $107.75 | $121.25 | 0.92 |
| 2010 Area 3 | $108.00 | $148.75 | $172.50 | $173.50 | $74.00 | $105.25 | $124.50 | 0.92 |
| Difference (%) | 7.6% | 4.5% | 5.4% | 5.2% | 0.0% | 2.4% | -2.6% | |
| | | | | | | | | |
| 2011 Area 4 | $104.75 | $140.25 | $164.00 | $164.75 | $66.75 | $97.25 | $109.25 | 0.83 |
| 2010 Area 4 | $97.50 | $134.25 | $155.75 | $156.50 | $66.75 | $95.00 | $112.25 | 0.83 |
| Difference (%) | 7.4% | 4.5% | 5.3% | 5.3% | 0.0% | 2.4% | -2.7% | |

**Proposed 2011 Tobacco Base Rates**

| | A | B | C | F | K | L | N | Area Factor |
|---|---|---|---|---|---|---|---|---|
| Rate Priorto Application of Area Factors | $138.87 | $185.90 | $217.25 | $218.35 | $88.55 | $128.97 | $144.92 | |
| 2010 Monthly Base Rate | $129.25 | $177.92 | $206.25 | $207.35 | $88.55 | $125.95 | $148.77 | |
| Difference (%) | 7.4% | 4.5% | 5.3% | 5.3% | 0.0% | 2.4% | -2.6% | |
| | | | | | | | | |
| 2011 Area 1 | $158.40 | $212.02 | $247.77 | $248.87 | $100.92 | $147.12 | $165.27 | 1.14 |
| 2010 Area 1 | $147.40 | $202.95 | $235.12 | $236.50 | $100.92 | $143.55 | $169.67 | 1.14 |
| Difference (%) | 7.5% | 4.5% | 5.4% | 5.2% | 0.0% | 2.5% | -2.6% | |
| | | | | | | | | |
| 2011 Area 2 | $138.87 | $185.90 | $217.25 | $218.35 | $88.55 | $128.97 | $144.92 | 1.00 |
| 2010 Area 2 | $129.25 | $177.92 | $206.25 | $207.35 | $88.55 | $125.95 | $148.77 | 1.00 |
| Difference (%) | 7.4% | 4.5% | 5.3% | 5.3% | 0.0% | 2.4% | -2.6% | |
| | | | | | | | | |
| 2011 Area 3 | $127.87 | $171.05 | $199.92 | $200.75 | $81.40 | $118.52 | $133.37 | 0.92 |
| 2010 Area 3 | $118.80 | $163.62 | $189.75 | $190.85 | $81.40 | $115.77 | $136.95 | 0.92 |
| Difference (%) | 7.6% | 4.5% | 5.4% | 5.2% | 0.0% | 2.4% | -2.6% | |
| | | | | | | | | |
| 2011 Area 4 | $115.22 | $154.27 | $180.40 | $181.22 | $73.42 | $106.97 | $120.17 | 0.83 |
| 2010 Area 4 | $107.25 | $147.67 | $171.32 | $172.15 | $73.42 | $104.50 | $123.47 | 0.83 |
| Difference (%) | 7.4% | 4.5% | 5.3% | 5.3% | 0.0% | 2.4% | -2.7% | |

*\* Discounts available for Multi-Insured, Electronic Funds Transfer, Annual Pay, and Early Enrollment.*
*The Base Rate charged to insureds = Rate Prior to Application of Area Factors \* Area Factor*

2

UNITEDHEALTHCARE INSURANCE COMPANY
AARP MEDICARE SUPPLEMENT PORTFOLIO

**MASS-MEDIA**
**RATE SCHEDULE**
(Page 1 of 8)

FOR

**CALIFORNIA**

GROUP POLICY NUMBER G-36000-4
FORM NUMBERS
MDA 0720, MDB 0721, MDC 0722, MDF 0723, MDK 0724, MDL 0725, MDN 0726,
MDA 0720SP, MDB 0721SP, MDC 0722SP, MDF 0723SP, MDK 0724SP, MDL 0725SP, MDN 0726SP

**Proposed 2012 Non-Tobacco Base Rates**

|  | A | B | C | F | K | L | N | Area Factor |
|---|---|---|---|---|---|---|---|---|
| Rate Prior to Application of Area Factors | $134.00 | $170.25 | $201.25 | $202.25 | $80.50 | $117.25 | $135.25 | |
| 2011 Monthly Base Rate | $126.25 | $169.00 | $197.50 | $198.50 | $80.50 | $117.25 | $131.75 | |
| Difference (%) | 6.1% | 0.7% | 1.9% | 1.9% | 0.0% | 0.0% | 2.7% | |
| 2012 Area 1 | $152.75 | $194.00 | $229.50 | $230.50 | $91.75 | $133.75 | $154.25 | 1.14 |
| 2011 Area 1 | $144.00 | $192.75 | $225.25 | $226.25 | $91.75 | $133.75 | $150.25 | 1.14 |
| Difference (%) | 6.1% | 0.6% | 1.9% | 1.9% | 0.0% | 0.0% | 2.7% | |
| 2012 Area 2 | $134.00 | $170.25 | $201.25 | $202.25 | $80.50 | $117.25 | $135.25 | 1.00 |
| 2011 Area 2 | $126.25 | $169.00 | $197.50 | $198.50 | $80.50 | $117.25 | $131.75 | 1.00 |
| Difference (%) | 6.1% | 0.7% | 1.9% | 1.9% | 0.0% | 0.0% | 2.7% | |
| 2012 Area 3 | $123.25 | $156.75 | $185.25 | $186.00 | $74.00 | $107.75 | $124.50 | 0.92 |
| 2011 Area 3 | $116.25 | $155.50 | $181.75 | $182.50 | $74.00 | $107.75 | $121.25 | 0.92 |
| Difference (%) | 6.0% | 0.8% | 1.9% | 1.9% | 0.0% | 0.0% | 2.7% | |
| 2012 Area 4 | $111.25 | $141.25 | $167.00 | $167.75 | $66.75 | $97.25 | $112.25 | 0.83 |
| 2011 Area 4 | $104.75 | $140.25 | $164.00 | $164.75 | $66.75 | $97.25 | $109.25 | 0.83 |
| Difference (%) | 6.2% | 0.7% | 1.8% | 1.8% | 0.0% | 0.0% | 2.7% | |

**Proposed 2012 Tobacco Base Rates**

|  | A | B | C | F | K | L | N | Area Factor |
|---|---|---|---|---|---|---|---|---|
| Rate Prior to Application of Area Factors | $147.40 | $187.27 | $221.37 | $222.47 | $88.55 | $128.97 | $148.77 | |
| 2011 Monthly Base Rate | $138.87 | $185.90 | $217.25 | $218.35 | $88.55 | $128.97 | $144.92 | |
| Difference (%) | 6.1% | 0.7% | 1.9% | 1.9% | 0.0% | 0.0% | 2.7% | |
| 2012 Area 1 | $168.02 | $213.40 | $252.45 | $253.55 | $100.92 | $147.12 | $169.67 | 1.14 |
| 2011 Area 1 | $158.40 | $212.02 | $247.77 | $248.87 | $100.92 | $147.12 | $165.27 | 1.14 |
| Difference (%) | 6.1% | 0.7% | 1.9% | 1.9% | 0.0% | 0.0% | 2.7% | |
| 2012 Area 2 | $147.40 | $187.27 | $221.37 | $222.47 | $88.55 | $128.97 | $148.77 | 1.00 |
| 2011 Area 2 | $138.87 | $185.90 | $217.25 | $218.35 | $88.55 | $128.97 | $144.92 | 1.00 |
| Difference (%) | 6.1% | 0.7% | 1.9% | 1.9% | 0.0% | 0.0% | 2.7% | |
| 2012 Area 3 | $135.57 | $172.42 | $203.77 | $204.60 | $81.40 | $118.52 | $136.95 | 0.92 |
| 2011 Area 3 | $127.87 | $171.05 | $199.92 | $200.75 | $81.40 | $118.52 | $133.37 | 0.92 |
| Difference (%) | 6.0% | 0.8% | 1.9% | 1.9% | 0.0% | 0.0% | 2.7% | |
| 2012 Area 4 | $122.37 | $155.37 | $183.70 | $184.52 | $73.42 | $106.97 | $123.47 | 0.83 |
| 2011 Area 4 | $115.22 | $154.27 | $180.40 | $181.22 | $73.42 | $106.97 | $120.17 | 0.83 |
| Difference (%) | 6.2% | 0.7% | 1.8% | 1.8% | 0.0% | 0.0% | 2.7% | |

*\* Discounts available for Multi-Insured, Electronic Funds Transfer, Annual Pay, and Early Enrollment.*
*The Base Rate charged to insureds = Rate Prior to Application of Area Factors \* Area Factor*

UNITEDHEALTHCARE INSURANCE COMPANY
AARP MEDICARE SUPPLEMENT PORTFOLIO

**MASS-MEDIA**
**RATE SCHEDULE**
(Page 1 of 8)

FOR

**CALIFORNIA**

GROUP POLICY NUMBER G-36000-4
FORM NUMBERS
MDA 0720, MDB 0721, MDC 0722, MDF 0723, MDK 0724, MDL 0725, MDN 0726,
MDA 0720SP, MDB 0721SP, MDC 0722SP, MDF 0723SP, MDK 0724SP, MDL 0725SP, MDN 0726SP

**Proposed 2013 Non-Tobacco Base Rates**

|  | A | B | C | F | K | L | N | Area Factor |
|---|---|---|---|---|---|---|---|---|
| Rate Prior to Application of Area Factors | $141.25 | $179.50 | $212.50 | $213.50 | $76.50 | $120.25 | $142.75 | |
| 2012 Monthly Base Rate | $134.00 | $170.25 | $201.25 | $202.25 | $80.50 | $117.25 | $135.25 | |
| Difference (%) | 5.4% | 5.4% | 5.6% | 5.6% | -5.0% | 2.6% | 5.5% | |
| 2013 Area 1 | $161.00 | $204.75 | $242.25 | $243.50 | $87.25 | $137.00 | $162.75 | 1.14 |
| 2012 Area 1 | $152.75 | $194.00 | $229.50 | $230.50 | $91.75 | $133.75 | $154.25 | 1.14 |
| Difference (%) | 5.4% | 5.5% | 5.6% | 5.6% | -4.9% | 2.4% | 5.5% | |
| 2013 Area 2 | $141.25 | $179.50 | $212.50 | $213.50 | $76.50 | $120.25 | $142.75 | 1.00 |
| 2012 Area 2 | $134.00 | $170.25 | $201.25 | $202.25 | $80.50 | $117.25 | $135.25 | 1.00 |
| Difference (%) | 5.4% | 5.4% | 5.6% | 5.6% | -5.0% | 2.6% | 5.5% | |
| 2013 Area 3 | $130.00 | $165.25 | $195.50 | $196.50 | $70.50 | $110.75 | $131.25 | 0.92 |
| 2012 Area 3 | $123.25 | $156.75 | $185.25 | $186.00 | $74.00 | $107.75 | $124.50 | 0.92 |
| Difference (%) | 5.5% | 5.4% | 5.5% | 5.6% | -4.7% | 2.8% | 5.4% | |
| 2013 Area 4 | $117.25 | $149.00 | $176.50 | $177.25 | $63.50 | $99.75 | $118.50 | 0.83 |
| 2012 Area 4 | $111.25 | $141.25 | $167.00 | $167.75 | $66.75 | $97.25 | $112.25 | 0.83 |
| Difference (%) | 5.4% | 5.5% | 5.7% | 5.7% | -4.9% | 2.6% | 5.6% | |

**Proposed 2013 Tobacco Base Rates**

|  | A | B | C | F | K | L | N | Area Factor |
|---|---|---|---|---|---|---|---|---|
| Rate Prior to Application of Area Factors | $155.37 | $197.45 | $233.75 | $234.85 | $84.15 | $132.27 | $157.02 | |
| 2012 Monthly Base Rate | $147.40 | $187.27 | $221.37 | $222.47 | $88.55 | $128.97 | $148.77 | |
| Difference (%) | 5.4% | 5.4% | 5.6% | 5.6% | -5.0% | 2.6% | 5.5% | |
| 2013 Area 1 | $177.10 | $225.22 | $266.47 | $267.85 | $95.97 | $150.70 | $179.02 | 1.14 |
| 2012 Area 1 | $168.02 | $213.40 | $252.45 | $253.55 | $100.92 | $147.12 | $169.67 | 1.14 |
| Difference (%) | 5.4% | 5.5% | 5.6% | 5.6% | -4.9% | 2.4% | 5.5% | |
| 2013 Area 2 | $155.37 | $197.45 | $233.75 | $234.85 | $84.15 | $132.27 | $157.02 | 1.00 |
| 2012 Area 2 | $147.40 | $187.27 | $221.37 | $222.47 | $88.55 | $128.97 | $148.77 | 1.00 |
| Difference (%) | 5.4% | 5.4% | 5.6% | 5.6% | -5.0% | 2.6% | 5.5% | |
| 2013 Area 3 | $143.00 | $181.77 | $215.05 | $216.15 | $77.55 | $121.82 | $144.37 | 0.92 |
| 2012 Area 3 | $135.57 | $172.42 | $203.77 | $204.60 | $81.40 | $118.52 | $136.95 | 0.92 |
| Difference (%) | 5.5% | 5.4% | 5.5% | 5.6% | -4.7% | 2.8% | 5.4% | |
| 2013 Area 4 | $128.97 | $163.90 | $194.15 | $194.97 | $69.85 | $109.72 | $130.35 | 0.83 |
| 2012 Area 4 | $122.37 | $155.37 | $183.70 | $184.52 | $73.42 | $106.97 | $123.47 | 0.83 |
| Difference (%) | 5.4% | 5.5% | 5.7% | 5.7% | -4.9% | 2.6% | 5.6% | |

*\* Discounts available for Multi-Insured, Electronic Funds Transfer, Annual Pay, and Early Enrollment.*
*The Base Rate charged to insureds = Rate Prior to Application of Area Factors \* Area Factor*