# EXHIBIT K

UNITEDHEALTHCARE INSURANCE COMPANY
AARP MEDICARE SUPPLEMENT PORTFOLIO

**MASS-MEDIA**
**RATE SCHEDULE**
(Page 1 of 8)

FOR

**CALIFORNIA**

GROUP POLICY NUMBER G-36000-4
FORM NUMBERS
MDA 0720, MDB 0721, MDC 0722, MDF 0723, MDK 0724, MDL 0725, MDN 0726,
MDA 0720SP, MDB 0721SP, MDC 0722SP, MDF 0723SP, MDK 0724SP, MDL 0725SP, MDN 0726SP

**Proposed 2012 Non-Tobacco Base Rates**

|  | A | B | C | F | K | L | N | Area Factor |
|---|---|---|---|---|---|---|---|---|
| Rate Prior to Application of Area Factors | $134.00 | $170.25 | $201.25 | $202.25 | $80.50 | $117.25 | $135.25 | |
| 2011 Monthly Base Rate | $126.25 | $169.00 | $197.50 | $198.50 | $80.50 | $117.25 | $131.75 | |
| Difference (%) | 6.1% | 0.7% | 1.9% | 1.9% | 0.0% | 0.0% | 2.7% | |
| | | | | | | | | |
| 2012 Area 1 | $152.75 | $194.00 | $229.50 | $230.50 | $91.75 | $133.75 | $154.25 | 1.14 |
| 2011 Area 1 | $144.00 | $192.75 | $225.25 | $226.25 | $91.75 | $133.75 | $150.25 | 1.14 |
| Difference (%) | 6.1% | 0.6% | 1.9% | 1.9% | 0.0% | 0.0% | 2.7% | |
| | | | | | | | | |
| 2012 Area 2 | $134.00 | $170.25 | $201.25 | $202.25 | $80.50 | $117.25 | $135.25 | 1.00 |
| 2011 Area 2 | $126.25 | $169.00 | $197.50 | $198.50 | $80.50 | $117.25 | $131.75 | 1.00 |
| Difference (%) | 6.1% | 0.7% | 1.9% | 1.9% | 0.0% | 0.0% | 2.7% | |
| | | | | | | | | |
| 2012 Area 3 | $123.25 | $156.75 | $185.25 | $186.00 | $74.00 | $107.75 | $124.50 | 0.92 |
| 2011 Area 3 | $116.25 | $155.50 | $181.75 | $182.50 | $74.00 | $107.75 | $121.25 | 0.92 |
| Difference (%) | 6.0% | 0.8% | 1.9% | 1.9% | 0.0% | 0.0% | 2.7% | |
| | | | | | | | | |
| 2012 Area 4 | $111.25 | $141.25 | $167.00 | $167.75 | $66.75 | $97.25 | $112.25 | 0.83 |
| 2011 Area 4 | $104.75 | $140.25 | $164.00 | $164.75 | $66.75 | $97.25 | $109.25 | 0.83 |
| Difference (%) | 6.2% | 0.7% | 1.8% | 1.8% | 0.0% | 0.0% | 2.7% | |

**Proposed 2012 Tobacco Base Rates**

|  | A | B | C | F | K | L | N | Area Factor |
|---|---|---|---|---|---|---|---|---|
| Rate Prior to Application of Area Factors | $147.40 | $187.27 | $221.37 | $222.47 | $88.55 | $128.97 | $148.77 | |
| 2011 Monthly Base Rate | $138.87 | $185.90 | $217.25 | $218.35 | $88.55 | $128.97 | $144.92 | |
| Difference (%) | 6.1% | 0.7% | 1.9% | 1.9% | 0.0% | 0.0% | 2.7% | |
| | | | | | | | | |
| 2012 Area 1 | $168.02 | $213.40 | $252.45 | $253.55 | $100.92 | $147.12 | $169.67 | 1.14 |
| 2011 Area 1 | $158.40 | $212.02 | $247.77 | $248.87 | $100.92 | $147.12 | $165.27 | 1.14 |
| Difference (%) | 6.1% | 0.7% | 1.9% | 1.9% | 0.0% | 0.0% | 2.7% | |
| | | | | | | | | |
| 2012 Area 2 | $147.40 | $187.27 | $221.37 | $222.47 | $88.55 | $128.97 | $148.77 | 1.00 |
| 2011 Area 2 | $138.87 | $185.90 | $217.25 | $218.35 | $88.55 | $128.97 | $144.92 | 1.00 |
| Difference (%) | 6.1% | 0.7% | 1.9% | 1.9% | 0.0% | 0.0% | 2.7% | |
| | | | | | | | | |
| 2012 Area 3 | $135.57 | $172.42 | $203.77 | $204.60 | $81.40 | $118.52 | $136.95 | 0.92 |
| 2011 Area 3 | $127.87 | $171.05 | $199.92 | $200.75 | $81.40 | $118.52 | $133.37 | 0.92 |
| Difference (%) | 6.0% | 0.8% | 1.9% | 1.9% | 0.0% | 0.0% | 2.7% | |
| | | | | | | | | |
| 2012 Area 4 | $122.37 | $155.37 | $183.70 | $184.52 | $73.42 | $106.97 | $123.47 | 0.83 |
| 2011 Area 4 | $115.22 | $154.27 | $180.40 | $181.22 | $73.42 | $106.97 | $120.17 | 0.83 |
| Difference (%) | 6.2% | 0.7% | 1.8% | 1.8% | 0.0% | 0.0% | 2.7% | |

*\* Discounts available for Multi-Insured, Electronic Funds Transfer, Annual Pay, and Early Enrollment.*
*The Base Rate charged to insureds = Rate Prior to Application of Area Factors \* Area Factor*

UNITEDHEALTHCARE INSURANCE COMPANY
AARP MEDICARE SUPPLEMENT PORTFOLIO

**MASS-MEDIA**
**RATE SCHEDULE**
(Page 1 of 8)

FOR

**CALIFORNIA**

GROUP POLICY NUMBER G-36000-4
FORM NUMBERS
MDA 0720, MDB 0721, MDC 0722, MDF 0723, MDK 0724, MDL 0725, MDN 0726,
MDA 0720SP, MDB 0721SP, MDC 0722SP, MDF 0723SP, MDK 0724SP, MDL 0725SP, MDN 0726SP

**Proposed 2013 Non-Tobacco Base Rates**

|  | A | B | C | F | K | L | N | Area Factor |
|---|---|---|---|---|---|---|---|---|
| Rate Prior to Application of Area Factors | $141.25 | $179.50 | $212.50 | $213.50 | $76.50 | $120.25 | $142.75 | |
| 2012 Monthly Base Rate | $134.00 | $170.25 | $201.25 | $202.25 | $80.50 | $117.25 | $135.25 | |
| Difference (%) | 5.4% | 5.4% | 5.6% | 5.6% | -5.0% | 2.6% | 5.5% | |
| | | | | | | | | |
| 2013 Area 1 | $161.00 | $204.75 | $242.25 | $243.50 | $87.25 | $137.00 | $162.75 | 1.14 |
| 2012 Area 1 | $152.75 | $194.00 | $229.50 | $230.50 | $91.75 | $133.75 | $154.25 | 1.14 |
| Difference (%) | 5.4% | 5.5% | 5.6% | 5.6% | -4.9% | 2.4% | 5.5% | |
| | | | | | | | | |
| 2013 Area 2 | $141.25 | $179.50 | $212.50 | $213.50 | $76.50 | $120.25 | $142.75 | 1.00 |
| 2012 Area 2 | $134.00 | $170.25 | $201.25 | $202.25 | $80.50 | $117.25 | $135.25 | 1.00 |
| Difference (%) | 5.4% | 5.4% | 5.6% | 5.6% | -5.0% | 2.6% | 5.5% | |
| | | | | | | | | |
| 2013 Area 3 | $130.00 | $165.25 | $195.50 | $196.50 | $70.50 | $110.75 | $131.25 | 0.92 |
| 2012 Area 3 | $123.25 | $156.75 | $185.25 | $186.00 | $74.00 | $107.75 | $124.50 | 0.92 |
| Difference (%) | 5.5% | 5.4% | 5.5% | 5.6% | -4.7% | 2.8% | 5.4% | |
| | | | | | | | | |
| 2013 Area 4 | $117.25 | $149.00 | $176.50 | $177.25 | $63.50 | $99.75 | $118.50 | 0.83 |
| 2012 Area 4 | $111.25 | $141.25 | $167.00 | $167.75 | $66.75 | $97.25 | $112.25 | 0.83 |
| Difference (%) | 5.4% | 5.5% | 5.7% | 5.7% | -4.9% | 2.6% | 5.6% | |

**Proposed 2013 Tobacco Base Rates**

|  | A | B | C | F | K | L | N | Area Factor |
|---|---|---|---|---|---|---|---|---|
| Rate Prior to Application of Area Factors | $155.37 | $197.45 | $233.75 | $234.85 | $84.15 | $132.27 | $157.02 | |
| 2012 Monthly Base Rate | $147.40 | $187.27 | $221.37 | $222.47 | $88.55 | $128.97 | $148.77 | |
| Difference (%) | 5.4% | 5.4% | 5.6% | 5.6% | -5.0% | 2.6% | 5.5% | |
| | | | | | | | | |
| 2013 Area 1 | $177.10 | $225.22 | $266.47 | $267.85 | $95.97 | $150.70 | $179.02 | 1.14 |
| 2012 Area 1 | $168.02 | $213.40 | $252.45 | $253.55 | $100.92 | $147.12 | $169.67 | 1.14 |
| Difference (%) | 5.4% | 5.5% | 5.6% | 5.6% | -4.9% | 2.4% | 5.5% | |
| | | | | | | | | |
| 2013 Area 2 | $155.37 | $197.45 | $233.75 | $234.85 | $84.15 | $132.27 | $157.02 | 1.00 |
| 2012 Area 2 | $147.40 | $187.27 | $221.37 | $222.47 | $88.55 | $128.97 | $148.77 | 1.00 |
| Difference (%) | 5.4% | 5.4% | 5.6% | 5.6% | -5.0% | 2.6% | 5.5% | |
| | | | | | | | | |
| 2013 Area 3 | $143.00 | $181.77 | $215.05 | $216.15 | $77.55 | $121.82 | $144.37 | 0.92 |
| 2012 Area 3 | $135.57 | $172.42 | $203.77 | $204.60 | $81.40 | $118.52 | $136.95 | 0.92 |
| Difference (%) | 5.5% | 5.4% | 5.5% | 5.6% | -4.7% | 2.8% | 5.4% | |
| | | | | | | | | |
| 2013 Area 4 | $128.97 | $163.90 | $194.15 | $194.97 | $69.85 | $109.72 | $130.35 | 0.83 |
| 2012 Area 4 | $122.37 | $155.37 | $183.70 | $184.52 | $73.42 | $106.97 | $123.47 | 0.83 |
| Difference (%) | 5.4% | 5.5% | 5.7% | 5.7% | -4.9% | 2.6% | 5.6% | |

*\* Discounts available for Multi-Insured, Electronic Funds Transfer, Annual Pay, and Early Enrollment.*
*The Base Rate charged to insureds = Rate Prior to Application of Area Factors \* Area Factor*

UNITEDHEALTHCARE INSURANCE COMPANY
AARP MEDICARE SUPPLEMENT PORTFOLIO

**MASS-MEDIA
RATE SCHEDULE**
(Page 1 of 8)

FOR

**CALIFORNIA**

GROUP POLICY NUMBER G-36000-4
FORM NUMBERS
MDA 0720, MDB 0721, MDC 0722, MDF 0723, MDK 0724, MDL 0725, MDN 0726,
MDA 0720SP, MDB 0721SP, MDC 0722SP, MDF 0723SP, MDK 0724SP, MDL 0725SP, MDN 0726SP

**Proposed 2014 Non-Tobacco Base Rates**

|  | A | B | C | F | K | L | N | Area Factor |
|---|---|---|---|---|---|---|---|---|
| Rate Prior to Application of Area Factors | $141.25 | $189.25 | $224.00 | $225.00 | $78.50 | $123.25 | $153.25 | |
| 2013 Monthly Base Rate | $141.25 | $179.50 | $212.50 | $213.50 | $76.50 | $120.25 | $142.75 | |
| Difference (%) | 0.0% | 5.4% | 5.4% | 5.4% | 2.6% | 2.5% | 7.4% | |
| 2014 Area 1 | $161.00 | $215.75 | $255.25 | $256.50 | $89.50 | $140.50 | $174.75 | 1.14 |
| 2013 Area 1 | $161.00 | $204.75 | $242.25 | $243.50 | $87.25 | $137.00 | $162.75 | 1.14 |
| Difference (%) | 0.0% | 5.4% | 5.4% | 5.3% | 2.6% | 2.6% | 7.4% | |
| 2014 Area 2 | $141.25 | $189.25 | $224.00 | $225.00 | $78.50 | $123.25 | $153.25 | 1.00 |
| 2013 Area 2 | $141.25 | $179.50 | $212.50 | $213.50 | $76.50 | $120.25 | $142.75 | 1.00 |
| Difference (%) | 0.0% | 5.4% | 5.4% | 5.4% | 2.6% | 2.5% | 7.4% | |
| 2014 Area 3 | $130.00 | $174.00 | $206.00 | $207.00 | $72.25 | $113.50 | $141.00 | 0.92 |
| 2013 Area 3 | $130.00 | $165.25 | $195.50 | $196.50 | $70.50 | $110.75 | $131.25 | 0.92 |
| Difference (%) | 0.0% | 5.3% | 5.4% | 5.3% | 2.5% | 2.5% | 7.4% | |
| 2014 Area 4 | $117.25 | $157.00 | $186.00 | $186.75 | $65.25 | $102.25 | $127.25 | 0.83 |
| 2013 Area 4 | $117.25 | $149.00 | $176.50 | $177.25 | $63.50 | $99.75 | $118.50 | 0.83 |
| Difference (%) | 0.0% | 5.4% | 5.4% | 5.4% | 2.8% | 2.5% | 7.4% | |

**Proposed 2014 Tobacco Base Rates**

|  | A | B | C | F | K | L | N | Area Factor |
|---|---|---|---|---|---|---|---|---|
| Rate Prior to Application of Area Factors | $155.37 | $208.17 | $246.40 | $247.50 | $86.35 | $135.57 | $168.57 | |
| 2013 Monthly Base Rate | $155.37 | $197.45 | $233.75 | $234.85 | $84.15 | $132.27 | $157.02 | |
| Difference (%) | 0.0% | 5.4% | 5.4% | 5.4% | 2.6% | 2.5% | 7.4% | |
| 2014 Area 1 | $177.10 | $237.32 | $280.77 | $282.15 | $98.45 | $154.55 | $192.22 | 1.14 |
| 2013 Area 1 | $177.10 | $225.22 | $266.47 | $267.85 | $95.97 | $150.70 | $179.02 | 1.14 |
| Difference (%) | 0.0% | 5.4% | 5.4% | 5.3% | 2.6% | 2.6% | 7.4% | |
| 2014 Area 2 | $155.37 | $208.17 | $246.40 | $247.50 | $86.35 | $135.57 | $168.57 | 1.00 |
| 2013 Area 2 | $155.37 | $197.45 | $233.75 | $234.85 | $84.15 | $132.27 | $157.02 | 1.00 |
| Difference (%) | 0.0% | 5.4% | 5.4% | 5.4% | 2.6% | 2.5% | 7.4% | |
| 2014 Area 3 | $143.00 | $191.40 | $226.60 | $227.70 | $79.47 | $124.85 | $155.10 | 0.92 |
| 2013 Area 3 | $143.00 | $181.77 | $215.05 | $216.15 | $77.55 | $121.82 | $144.37 | 0.92 |
| Difference (%) | 0.0% | 5.3% | 5.4% | 5.3% | 2.5% | 2.5% | 7.4% | |
| 2014 Area 4 | $128.97 | $172.70 | $204.60 | $205.42 | $71.77 | $112.47 | $139.97 | 0.83 |
| 2013 Area 4 | $128.97 | $163.90 | $194.15 | $194.97 | $69.85 | $109.72 | $130.35 | 0.83 |
| Difference (%) | 0.0% | 5.4% | 5.4% | 5.4% | 2.7% | 2.5% | 7.4% | |

*\* Discounts available for Multi-Insured, Electronic Funds Transfer, Annual Pay, and Early Enrollment.*

*The Base Rate charged to insureds = Rate Prior to Application of Area Factors \* Area Factor*

UNITEDHEALTHCARE INSURANCE COMPANY
AARP MEDICARE SUPPLEMENT PORTFOLIO

**MASS-MEDIA**
**RATE SCHEDULE**
(Page 1 of 8)

FOR

**CALIFORNIA**

GROUP POLICY NUMBER G-36000-4
FORM NUMBERS
MDA 0720, MDB 0721, MDC 0722, MDF 0723, MDK 0724, MDL 0725, MDN 0726,
MDA 0720SP, MDB 0721SP, MDC 0722SP, MDF 0723SP, MDK 0724SP, MDL 0725SP, MDN 0726SP

**Proposed 2015 Non-Tobacco Base Rates**

|  | A | B | C | F | K | L | N | Area Factor |
|---|---|---|---|---|---|---|---|---|
| Rate Prior to Application of Area Factors | $139.75 | $189.25 | $224.00 | $225.00 | $78.50 | $123.25 | $153.25 | |
| 2014 Monthly Base Rate | $141.25 | $189.25 | $224.00 | $225.00 | $78.50 | $123.25 | $153.25 | |
| Difference (%) | -1.1% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | |
| 2015 Area 1 | $159.25 | $215.75 | $255.25 | $256.50 | $89.50 | $140.50 | $174.75 | 1.14 |
| 2014 Area 1 | $161.00 | $215.75 | $255.25 | $256.50 | $89.50 | $140.50 | $174.75 | 1.14 |
| Difference (%) | -1.1% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | |
| 2015 Area 2 | $139.75 | $189.25 | $224.00 | $225.00 | $78.50 | $123.25 | $153.25 | 1.00 |
| 2014 Area 2 | $141.25 | $189.25 | $224.00 | $225.00 | $78.50 | $123.25 | $153.25 | 1.00 |
| Difference (%) | -1.1% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | |
| 2015 Area 3 | $128.50 | $174.00 | $206.00 | $207.00 | $72.25 | $113.50 | $141.00 | 0.92 |
| 2014 Area 3 | $130.00 | $174.00 | $206.00 | $207.00 | $72.25 | $113.50 | $141.00 | 0.92 |
| Difference (%) | -1.2% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | |
| 2015 Area 4 | $116.00 | $157.00 | $186.00 | $186.75 | $65.25 | $102.25 | $127.25 | 0.83 |
| 2014 Area 4 | $117.25 | $157.00 | $186.00 | $186.75 | $65.25 | $102.25 | $127.25 | 0.83 |
| Difference (%) | -1.1% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | |

**Proposed 2015 Tobacco Base Rates**

|  | A | B | C | F | K | L | N | Area Factor |
|---|---|---|---|---|---|---|---|---|
| Rate Prior to Application of Area Factors | $153.72 | $208.17 | $246.40 | $247.50 | $86.35 | $135.57 | $168.57 | |
| 2014 Monthly Base Rate | $155.37 | $208.17 | $246.40 | $247.50 | $86.35 | $135.57 | $168.57 | |
| Difference (%) | -1.1% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | |
| 2015 Area 1 | $175.17 | $237.32 | $280.77 | $282.15 | $98.45 | $154.55 | $192.22 | 1.14 |
| 2014 Area 1 | $177.10 | $237.32 | $280.77 | $282.15 | $98.45 | $154.55 | $192.22 | 1.14 |
| Difference (%) | -1.1% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | |
| 2015 Area 2 | $153.72 | $208.17 | $246.40 | $247.50 | $86.35 | $135.57 | $168.57 | 1.00 |
| 2014 Area 2 | $155.37 | $208.17 | $246.40 | $247.50 | $86.35 | $135.57 | $168.57 | 1.00 |
| Difference (%) | -1.1% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | |
| 2015 Area 3 | $141.35 | $191.40 | $226.60 | $227.70 | $79.47 | $124.85 | $155.10 | 0.92 |
| 2014 Area 3 | $143.00 | $191.40 | $226.60 | $227.70 | $79.47 | $124.85 | $155.10 | 0.92 |
| Difference (%) | -1.2% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | |
| 2015 Area 4 | $127.60 | $172.70 | $204.60 | $205.42 | $71.77 | $112.47 | $139.97 | 0.83 |
| 2014 Area 4 | $128.97 | $172.70 | $204.60 | $205.42 | $71.77 | $112.47 | $139.97 | 0.83 |
| Difference (%) | -1.1% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | |

*\* Discounts available for Multi-Insured, Electronic Funds Transfer, Annual Pay, and Early Enrollment.*

*The Base Rate charged to insureds = Rate Prior to Application of Area Factors \* Area Factor*

UNITEDHEALTHCARE INSURANCE COMPANY
AARP MEDICARE SUPPLEMENT PORTFOLIO

**MASS-MEDIA**
**RATE SCHEDULE**
(Page 1 of 8)

FOR

**CALIFORNIA**

GROUP POLICY NUMBER G-36000-4
FORM NUMBERS
MDA 0720, MDB 0721, MDC 0722, MDF 0723, MDK 0724, MDL 0725, MDN 0726,
MDA 0720SP, MDB 0721SP, MDC 0722SP, MDF 0723SP, MDK 0724SP, MDL 0725SP, MDN 0726SP

**Proposed 2016 Non-Tobacco Base Rates**

|  | A | B | C | F | K | L | N | Area Factor |
|---|---|---|---|---|---|---|---|---|
| Rate Prior to Application of Area Factors | $143.50 | $197.50 | $233.75 | $234.75 | $78.50 | $126.25 | $158.50 | |
| 2015 Monthly Base Rate | $139.75 | $189.25 | $224.00 | $225.00 | $78.50 | $123.25 | $153.25 | |
| Difference (%) | 2.7% | 4.4% | 4.4% | 4.3% | 0.0% | 2.4% | 3.4% | |
| 2016 Area 1 | $163.50 | $225.25 | $266.50 | $267.50 | $89.50 | $144.00 | $180.75 | 1.14 |
| 2015 Area 1 | $159.25 | $215.75 | $255.25 | $256.50 | $89.50 | $140.50 | $174.75 | 1.14 |
| Difference (%) | 2.7% | 4.4% | 4.4% | 4.3% | 0.0% | 2.5% | 3.4% | |
| 2016 Area 2 | $143.50 | $197.50 | $233.75 | $234.75 | $78.50 | $126.25 | $158.50 | 1.00 |
| 2015 Area 2 | $139.75 | $189.25 | $224.00 | $225.00 | $78.50 | $123.25 | $153.25 | 1.00 |
| Difference (%) | 2.7% | 4.4% | 4.4% | 4.3% | 0.0% | 2.4% | 3.4% | |
| 2016 Area 3 | $132.00 | $181.75 | $215.00 | $216.00 | $72.25 | $116.25 | $145.75 | 0.92 |
| 2015 Area 3 | $128.50 | $174.00 | $206.00 | $207.00 | $72.25 | $113.50 | $141.00 | 0.92 |
| Difference (%) | 2.7% | 4.5% | 4.4% | 4.3% | 0.0% | 2.4% | 3.4% | |
| 2016 Area 4 | $119.00 | $164.00 | $194.00 | $194.75 | $65.25 | $104.75 | **$131.50** | 0.83 |
| 2015 Area 4 | $116.00 | $157.00 | $186.00 | $186.75 | $65.25 | $102.25 | $127.25 | 0.83 |
| Difference (%) | 2.6% | 4.5% | 4.3% | 4.3% | 0.0% | 2.4% | 3.3% | |

**Proposed 2016 Tobacco Base Rates**

|  | A | B | C | F | K | L | N | Area Factor |
|---|---|---|---|---|---|---|---|---|
| Rate Prior to Application of Area Factors | $157.85 | $217.25 | $257.12 | $258.22 | $86.35 | $138.87 | $174.35 | |
| 2015 Monthly Base Rate | $153.72 | $208.17 | $246.40 | $247.50 | $86.35 | $135.57 | $168.57 | |
| Difference (%) | 2.7% | 4.4% | 4.4% | 4.3% | 0.0% | 2.4% | 3.4% | |
| 2016 Area 1 | $179.85 | $247.77 | $293.15 | $294.25 | $98.45 | $158.40 | $198.82 | 1.14 |
| 2015 Area 1 | $175.17 | $237.32 | $280.77 | $282.15 | $98.45 | $154.55 | $192.22 | 1.14 |
| Difference (%) | 2.7% | 4.4% | 4.4% | 4.3% | 0.0% | 2.5% | 3.4% | |
| 2016 Area 2 | $157.85 | $217.25 | $257.12 | $258.22 | $86.35 | $138.87 | $174.35 | 1.00 |
| 2015 Area 2 | $153.72 | $208.17 | $246.40 | $247.50 | $86.35 | $135.57 | $168.57 | 1.00 |
| Difference (%) | 2.7% | 4.4% | 4.4% | 4.3% | 0.0% | 2.4% | 3.4% | |
| 2016 Area 3 | $145.20 | $199.92 | $236.50 | $237.60 | $79.47 | $127.87 | $160.32 | 0.92 |
| 2015 Area 3 | $141.35 | $191.40 | $226.60 | $227.70 | $79.47 | $124.85 | $155.10 | 0.92 |
| Difference (%) | 2.7% | 4.5% | 4.4% | 4.3% | 0.0% | 2.4% | 3.4% | |
| 2016 Area 4 | $130.90 | $180.40 | $213.40 | $214.22 | $71.77 | $115.22 | $144.65 | 0.83 |
| 2015 Area 4 | $127.60 | $172.70 | $204.60 | $205.42 | $71.77 | $112.47 | $139.97 | 0.83 |
| Difference (%) | 2.6% | 4.5% | 4.3% | 4.3% | 0.0% | 2.4% | 3.3% | |

*\* Discounts available for Multi-Insured, Electronic Funds Transfer, Annual Pay, and Early Enrollment.*

*The Base Rate charged to insureds = Rate Prior to Application of Area Factors \* Area Factor*

UNITEDHEALTHCARE INSURANCE COMPANY
AARP MEDICARE SUPPLEMENT PORTFOLIO

**MASS-MEDIA**
**RATE SCHEDULE**
(Page 1 of 8)

FOR

**CALIFORNIA**

GROUP POLICY NUMBER G-36000-4
FORM NUMBERS
MDA 0720, MDB 0721, MDC 0722, MDF 0723, MDK 0724, MDL 0725, MDN 0726,
MDA 0720SP, MDB 0721SP, MDC 0722SP, MDF 0723SP, MDK 0724SP, MDL 0725SP, MDN 0726SP

**Proposed 2017 Non-Tobacco Base Rates**

|  | A | B | C | F | K | L | N | Area Factor |
|---|---|---|---|---|---|---|---|---|
| Rate Prior to Application of Area Factors | $143.50 | $197.50 | $233.75 | $234.75 | $78.50 | $126.25 | $158.50 | |
| 2016 Monthly Base Rate | $143.50 | $197.50 | $233.75 | $234.75 | $78.50 | $126.25 | $158.50 | |
| Difference (%) | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | |
| 2017 Area 1 | $163.50 | $225.25 | $266.50 | $267.50 | $89.50 | $144.00 | $180.75 | 1.14 |
| 2016 Area 1 | $163.50 | $225.25 | $266.50 | $267.50 | $89.50 | $144.00 | $180.75 | 1.14 |
| Difference (%) | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | |
| 2017 Area 2 | $143.50 | $197.50 | $233.75 | $234.75 | $78.50 | $126.25 | $158.50 | 1.00 |
| 2016 Area 2 | $143.50 | $197.50 | $233.75 | $234.75 | $78.50 | $126.25 | $158.50 | 1.00 |
| Difference (%) | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | |
| 2017 Area 3 | $132.00 | $181.75 | $215.00 | $216.00 | $72.25 | $116.25 | $145.75 | 0.92 |
| 2016 Area 3 | $132.00 | $181.75 | $215.00 | $216.00 | $72.25 | $116.25 | $145.75 | 0.92 |
| Difference (%) | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | |
| 2017 Area 4 | $119.00 | $164.00 | $194.00 | $194.75 | $65.25 | $104.75 | $131.50 | 0.83 |
| 2016 Area 4 | $119.00 | $164.00 | $194.00 | $194.75 | $65.25 | $104.75 | $131.50 | 0.83 |
| Difference (%) | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | |

**Proposed 2017 Tobacco Base Rates**

|  | A | B | C | F | K | L | N | Area Factor |
|---|---|---|---|---|---|---|---|---|
| Rate Prior to Application of Area Factors | $157.85 | $217.25 | $257.12 | $258.22 | $86.35 | $138.87 | $174.35 | |
| 2016 Monthly Base Rate | $157.85 | $217.25 | $257.12 | $258.22 | $86.35 | $138.87 | $174.35 | |
| Difference (%) | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | |
| 2017 Area 1 | $179.85 | $247.77 | $293.15 | $294.25 | $98.45 | $158.40 | $198.82 | 1.14 |
| 2016 Area 1 | $179.85 | $247.77 | $293.15 | $294.25 | $98.45 | $158.40 | $198.82 | 1.14 |
| Difference (%) | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | |
| 2017 Area 2 | $157.85 | $217.25 | $257.12 | $258.22 | $86.35 | $138.87 | $174.35 | 1.00 |
| 2016 Area 2 | $157.85 | $217.25 | $257.12 | $258.22 | $86.35 | $138.87 | $174.35 | 1.00 |
| Difference (%) | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | |
| 2017 Area 3 | $145.20 | $199.92 | $236.50 | $237.60 | $79.47 | $127.87 | $160.32 | 0.92 |
| 2016 Area 3 | $145.20 | $199.92 | $236.50 | $237.60 | $79.47 | $127.87 | $160.32 | 0.92 |
| Difference (%) | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | |
| 2017 Area 4 | $130.90 | $180.40 | $213.40 | $214.22 | $71.77 | $115.22 | $144.65 | 0.83 |
| 2016 Area 4 | $130.90 | $180.40 | $213.40 | $214.22 | $71.77 | $115.22 | $144.65 | 0.83 |
| Difference (%) | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | |

*\* Discounts available for Multi-Insured, Electronic Funds Transfer, Annual Pay, and Early Enrollment.*
*The Base Rate charged to insureds = Rate Prior to Application of Area Factors \* Area Factor*

UNITEDHEALTHCARE INSURANCE COMPANY

**RATE SCHEDULE**
FOR
**CALIFORNIA**
(Page 4 of 4)
AARP MEDICARE SUPPLEMENT PORTFOLIO
GROUP POLICY NUMBER G-36000-4

**2010 STANDARDIZED PLANS**

**MASS MEDIA FORM NUMBERS**
MDA 0846, MDB 0847, MDC 0848, MDF 0849, MDG 0932, MDK 0850, MDL 0851, MDN 0852, MDA 0846SP, MDB 0847SP, MDC 0848SP, MDF 0849SP, MDG 0932SP, MDK 0850SP, MDL 0851SP, MDN 0852SP

**AGENT DISTRIBUTION FORM NUMBERS**
MAA 0853, MAB 0854, MAC 0855, MAF 0856, MAG 0933, MAK 0857, MAL 0858, MAN 0859, MAA 0853SP, MAB 0854SP, MAC 0855SP, MAF 0856SP, MAG 0933SP, MAK 0857SP, MAL 0858SP, MAN 0859SP

| Plan | Current Rate Prior to Application of Area Factors | Current 2017 Monthly Non-Tobacco Area 4 Rates Base | Tier I | Tier II | Under Age 65 | Proposed Rate Prior to Application of Area Factors | Proposed 2018 Monthly Non-Tobacco Area 4 Rates Base | Tier I | Tier II | Under Age 65 | Rate Change Prior to Application of Area Factors | Proposed 2018 Monthly Non-Tobacco Area 4 Rate Changes Base | Tier I | Tier II | Under Age 65 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| A | $143.50 | $119.00 | $130.90 | $148.75 | $148.74 | $147.75 | $122.75 | $135.02 | $153.43 | $153.42 | 3.0% | 3.2% | 3.1% | 3.1% | 3.1% |
| B | $197.50 | $164.00 | $180.40 | $205.00 | $204.99 | $206.50 | $171.50 | $188.65 | $214.37 | $214.36 | 4.6% | 4.6% | 4.6% | 4.6% | 4.6% |
| C | $233.75 | $194.00 | $213.40 | $242.50 | $242.49 | $244.50 | $203.00 | $223.30 | $253.75 | $253.74 | 4.6% | 4.6% | 4.6% | 4.6% | 4.6% |
| F | $234.75 | $194.75 | $214.22 | $243.43 | $243.42 | $245.50 | $203.75 | $224.12 | $254.68 | $254.67 | 4.6% | 4.6% | 4.6% | 4.6% | 4.6% |
| G | $201.00 | $166.75 | $183.42 | $233.45 | | $210.25 | $174.50 | $191.95 | $218.12 | | 4.6% | 4.6% | 4.7% | -6.6% | |
| K | $78.50 | $65.25 | $71.77 | $81.56 | $81.55 | $78.50 | $65.25 | $71.77 | $81.56 | $81.55 | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% |
| L | $126.25 | $104.75 | $115.22 | $130.93 | | $132.00 | $109.50 | $120.45 | $136.87 | | 4.6% | 4.5% | 4.5% | 4.5% | |
| N | $158.50 | $131.50 | $144.65 | $164.37 | | $165.75 | $137.50 | $151.25 | $171.87 | | 4.6% | 4.6% | 4.6% | 4.6% | |

| Plan | Current 2017 Monthly Tobacco Area 4 Rates Base | Tier I | Tier II | Under Age 65 | Proposed 2018 Monthly Tobacco Area 4 Rates Base | Tier I | Tier II | Under Age 65 | Proposed 2018 Monthly Tobacco Area 4 Rate Changes Base | Tier I | Tier II | Under Age 65 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| A | $130.90 | $143.99 | $163.62 | $163.61 | $135.02 | $148.52 | $168.77 | $168.76 | 3.1% | 3.1% | 3.1% | 3.1% |
| B | $180.40 | $198.44 | $225.50 | $225.48 | $188.65 | $207.51 | $235.81 | $235.79 | 4.6% | 4.6% | 4.6% | 4.6% |
| C | $213.40 | $234.74 | $266.75 | $266.73 | $223.30 | $245.63 | $279.12 | $279.11 | 4.6% | 4.6% | 4.6% | 4.6% |
| F | $214.22 | $235.64 | $267.77 | $267.76 | $224.12 | $246.53 | $280.15 | $280.13 | 4.6% | 4.6% | 4.6% | 4.6% |
| G | $183.42 | $201.76 | $256.78 | | $191.95 | $211.14 | $239.93 | | 4.7% | 4.6% | -6.6% | |
| K | $71.77 | $78.94 | $89.71 | $89.70 | $71.77 | $78.94 | $89.71 | $89.70 | 0.0% | 0.0% | 0.0% | 0.0% |
| L | $115.22 | $126.74 | $144.02 | | $120.45 | $132.49 | $150.56 | | 4.5% | 4.5% | 4.5% | |
| N | $144.65 | $159.11 | $180.81 | | $151.25 | $166.37 | $189.06 | | 4.6% | 4.6% | 4.6% | |

*\* Discounts available for Multi-Insured, Electronic Funds Transfer, Annual Pay, and Early Enrollment.*