ROBBINS GELLER RUDMAN
  & DOWD LLP
STUART A. DAVIDSON, *pro hac vice*
CHRISTOPHER C. GOLD, *pro hac vice*
DOROTHY P. ANTULLIS, *pro hac vice*
120 East Palmetto Park Road, Suite 500
Boca Raton, FL  33432
Telephone:  561/750-3000
561/750-3364 (fax)
sdavidson@rgrdlaw.com
cgold@rgrdlaw.com
dantullis@rgrdlaw.com

LAW OFFICES OF SEAN K. COLLINS
SEAN K. COLLINS (255198)
184 High Street, Suite 503
Boston, MA 02110
Telephone: 617/320-8485
617/227-2843 (fax)
sean@Neinsurancelaw.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| JERALD FRIEDMAN, Individually and on Behalf of All Others Similarly Situated,<br><br>  Plaintiff,<br><br> vs.<br><br>AARP, INC., AARP SERVICES INC., AARP INSURANCE PLAN, UNITEDHEALTH GROUP, INC. and UNITEDHEALTHCARE INSURANCE COMPANY,<br><br>  Defendants. | Case No. 2:14-cv-0034-DDP-PLA<br><br>CLASS ACTION<br><br>DECLARATION OF STUART A. DAVIDSON IN SUPPORT OF PLAINTIFFS' MOTION FOR CLASS CERTIFICATION<br><br>Judge:  Hon. Dean D. Pregerson<br>Magistrate:  Hon. Paul L. Abrams<br><br>Hearing:  February 25, 2019<br>Time:  10:00 a.m. |

1515270_1

DAVIDSON DECL. ISO
PLTFS' MOT. FOR CLASS CERT.
2:14-cv-00034-DDP-PLA

I, STUART A. DAVIDSON, declare as follows:

1. I am an attorney duly licensed to practice before all of the courts of the State of Florida. I am a member of the law firm of Robbins Geller Rudman & Dowd LLP, and I am one of the attorneys of record for plaintiffs Jerald Friedman and Carol McGee (collectively, "Plaintiffs") in this case. I have personal knowledge of the matters stated herein, and, if called upon, I could and would competently testify thereto.

2. The foregoing exhibits are being submitted in connection with Plaintiffs' Motion for Class Certification:

**Exhibit A**    Hr'g Tr., *Dane v. UnitedHealthcare Ins. Co.*, No. 2:18-cv-0792-SRU (D. Conn. Nov. 13, 2018).

**Exhibit B**    Memorandum to ASI Board of Directors dated August 16, 2013, AARP_FRI_00017794.

**Exhibit C**    Excerpts from Deposition of Jerald Friedman.

**Exhibit D**    Excerpts from Deposition of Carol McGee.

**Exhibit E**    Robbins Geller Rudman & Dowd LLP Firm Resume.

**Exhibit F**    Sean K. Collins Biography.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this 26th day of December 2018, at Boca Raton, Florida.

                           *s/ Stuart A. Davidson*
                           STUART A. DAVIDSON

## CERTIFICATE OF SERVICE

I hereby certify that on December 26, 2018, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I caused to be mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Executed on December 26, 2018.

      *s/ Stuart A. Davidson*
      STUART A. DAVIDSON

ROBBINS GELLER RUDMAN
  & DOWD LLP
120 East Palmetto Park Road, Suite 500
Boca Raton, FL  33432
Telephone:  561/750-3000
561/750-3364 (fax)

E-mail:  sdavidson@rgrdlaw.com