

| UNITED STATES COURT OF APPEALS | **FILED** |
|---|---|
| FOR THE NINTH CIRCUIT | MAR 26 2020 |
| | MOLLY C. DWYER, CLERK<br>U.S. COURT OF APPEALS |

| | |
|---|---|
| JERALD FRIEDMAN, Individually and on Behalf of All Others Similarly Situated; CAROL MCGEE,<br><br>　　　　　Plaintiffs-Appellants,<br><br> v.<br><br>AARP, INC.; et al.,<br><br>　　　　　Defendants-Appellees. | No.   19-56386<br><br>D.C. No. 2:14-cv-00034-DDP-PLA<br>Central District of California,<br>Los Angeles<br><br>ORDER |

Appellants' unopposed motion (Docket Entry No. 10) for voluntary dismissal is granted.  This appeal is dismissed with prejudice.  *See* Fed. R. App. P. 42(b).

This order served on the district court shall act as and for the mandate of this court.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT


By: Linda K. King
Deputy Clerk
Ninth Circuit Rule 27-7

LK/Pro Mo